UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2003 DEC 29 P 12: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECT TV, Inc., a California Corporation )
    Plaintiff                                 )
                                             )
v.                                          )   Case No. 03CV12254 RCL
                                             )
ARTHUR CURRY,                 )
    Defendant                             )
                                             )

## ANSWER AND JURY CLAIM OF ARTHUR CURRY

Now comes Defendant Arthur Curry (Defendants) and answers Plaintiff DIRECTV, Inc.'s Complaint as follow

1. The Defendant has no knowledge as to the allegations of this paragraph.

2. The Defendant has no knowledge as to the allegations of this paragraph.

3. The Defendant has no knowledge as to the allegations of this paragraph.

4. The Defendant has no knowledge as to the allegations of this paragraph.

5. The Defendant has no knowledge as to the allegations of this paragraph.

6. The Defendant has no knowledge as to the allegations of this paragraph.

7. The Defendant has no knowledge as to the allegations of this paragraph.

8. The Defendant has no knowledge as to the allegations of this paragraph.

9. The Defendant has no knowledge as to the allegations of this paragraph.

10. The Defendant has no knowledge as to the allegations of this paragraph.

11. The Defendant has no knowledge as to the allegations of this paragraph.

#468151

12. The Defendant has no knowledge as to the allegations of this paragraph.

13. The Defendant has no knowledge as to the allegations of this paragraph.

14. The Defendant has no knowledge as to the allegations of this paragraph.

15. The Defendant has no knowledge as to the allegations of this paragraph.

16. The Defendant has no knowledge as to the allegations of this paragraph.

17. The Defendant has no knowledge as to the allegations of this paragraph.

18. Admits only that Defendant is a resident of this District. Defendant denies the remaining allegation of this paragraph.

19. Admits only that Defendant is a resident of Rockport and purchased a bootloader from an internet provider. Defendant denies the remaining allegation of this paragraph.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. This is a legal conclusion to which no response is required.

25. This is a legal conclusion to which no response is required.

26. Admitted.

## COUNT I

27. Defendant repeats its answers to paragraphs 1 to 26.

28. Denied.

29. Denied.

30. Denied.

## COUNT II

31. Defendant repeats its answers to paragraphs 1 to 30.

32. This is a legal conclusion to which no response is required.

33. Denied.

34. Denied.

35. Denied.

## COUNT III

36. Defendant repeats its answers to paragraphs 1 to 35.

37. Denied.

38. This is a legal conclusion to which no response is required.

39. The Defendant has no knowledge as to the allegations of this paragraph.

40. Denied.

41. The Defendant has no knowledge as to the allegations of this paragraph.

42. Denied.

## COUNT IV

43. Defendant repeats its answers to paragraphs 1 to 42.

44. Denied.

45. This is a legal conclusion to which no response is required.

46. The Defendant has no knowledge as to the allegations of this paragraph.

47. Denied.

48. The Defendant has no knowledge as to the allegations of this paragraph.

49.

**DEFENDANT CLAIMS A TRIAL BY JURY ON ALL ISSUES.**

ARTHUR CURRY,

Defendant,

*By his attorney,*

Charles E. Schaub, Jr. (BBO #444920)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
(617) 345-9000 – tel.
(617-345-9020 – fax

**CERTIFICATE OF SERVICE**

I, Charles E. Schaub, Jr., hereby certify that on this 24th day of December, 2003, I have caused a copy of the foregoing *Answer and Jury Claim of Arthur Curry* to be served upon Plaintiff's counsel of record, John M. McLaughlin, McLaughlin Sacks, LLC, 31 Trumbull Road, Northampton, MA 01060, via first class mail postage prepaid.

Charles E. Schaub, Jr.

#468151                                                       4