AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
2004 JAN 22 P 2: 03
DISTRICT COURT
DISTRICT MASS.

DIRECTV, Inc.

V.

Arthur Curry

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03 CV 12254 RCL**

TO: (Name and address of Defendant)

Arthur Curry
3 Cathedral Avenue, Unit B
Rockport, MA 01966

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  NOV 1 4 2003

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 10, 2003

I hereby certify and return that on 12/5/2003 at 12:05 pm I served a true and attested copy of the summons and complaint, civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Arthur Curry, 3 Cathedral Avenue, Unit B, Rockport, MA 01966, and by mailing 1st class to the above address on 12/6/2003. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $53.50

*John Pace*
Deputy Sheriff

Deputy Sheriff John Pace

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.