UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| DIRECTV, Inc. | Case No.: **03cv12254 RCL** |
| Plaintiff, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| Arthur Curry | |
| Defendant | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

4/27/04
Date

John M. McLaughlin, Its Member
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
By His Attorney,

5/7/04
Date

Charles E. Schaub, Jr.
Hinkley Allen Snyder, LLP
28 State Street
Boston, MA 02109
Telephone 617-345-9000

1

## CERTIFICATE OF SERVICE

I, Charles Schaub, attorney for the Defendant, hereby certify that on this \_\_\_7\_\_\_ day of \_\_\_\_May\_\_\_\_, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
Charles Schaub